# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAKOB SMITH**  
**#58412**                                                                                             **PLAINTIFF**

v.                              No. 3:22-cv-121-DPM

**MISSISSIPPI COUNTY DETENTION CENTER;**
**MARTINEZ, Sergeant, Mississippi County**
**Detention Center;  HIPPS, Jailer,**
**Mississippi County Detention Center;  and**
**KELSEY, Turnkey Nurse, Mississippi County**
**Detention Center**                                                                              **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Smith hasn't updated his address with the Clerk; and the time to do so has passed. *Doc. 5.* His complaint will therefore be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*  
United States District Judge

23 August 2022