IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JAKOB SMITH                                                                                             PLAINTIFF
#58412

v.                                        No. 3:22-cv-121-DPM

MISSISSIPPI COUNTY DETENTION CENTER;
MARTINEZ, Sergeant, Mississippi County
Detention Center; HIPPS, Jailer,
Mississippi County Detention Center; and
KELSEY, Turnkey Nurse, Mississippi County
Detention Center                                                                                    DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2022